IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 4:25-cr-00024-CDL-ALS |
| | : | |
| JOHNATHON SWIFT, | : | |
| CHRISTOPHER UPSHAW, | : | |
| DONTAVIS WILLIAMS, and | : | |
| DONTERIOUS SPARKS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Defendants were indicted on August 12, 2025, ECF 1. Dontavis Williams and Donterious Sparks both appeared for their initial appearance and arraignment on August 20, 2025, and both were ordered released pending resolution of this matter. ECF 16 and 20. Johnathon Swift appeared before the Court for his initial appearance and arraignment on September 4, 2025, and was released pending resolution of this matter. ECF 39. Christopher Upshaw also appeared before the Court on September 4, 2025, for his initial appearance and arraignment and consented to detention. ECF 44. A Pretrial Conference is currently scheduled for October 6, 2025. The Government filed an Unopposed Motion to Continue September 30, 2025. Specifically, the Government will need to furnish discovery, and Defendants will need time to review discovery, engage in plea negotiations, and discuss the Government's case in chief.

IT IS HEREBY ORDERED that the above-referenced matter be continued to term of Court set for March 2026, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy

trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 1st day of October, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA