**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 4:25-CR-24 (CDL)** |
| | : | |
| **CHRISTOPHER UPSHAW,** | : | |
| **a/k/a "TROUB"** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT**

WHEREAS, on February 4, 2026, Defendant Christopher Upshaw, a/k/a "TROUB" (hereinafter "Upshaw" or "Defendant"), pled guilty to Count Seven of the Indictment charging him with Mail Fraud, in violation of Title 18, United States Code, Section 1341;

AND WHEREAS, the Indictment contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, proceeds traceable to said violation(s), or a conspiracy to commit such offense, including, but not limited to a personal money judgment in an amount to be determined;

AND WHEREAS, the Defendant pled guilty to a written Plea Agreement to Count Seven of the Indictment charging that Upshaw, did with intent to defraud, knowingly and willfully execute and attempt to execute a scheme and artifice to defraud, and to

obtain money by means of false and fraudulent pretenses, representations, and promises, by submitting and causing the submission of falsified Form 941 Returns, by knowingly causing to be delivered by the United States Postal Service according to the direction thereon and at the place to which it was directed to be delivered and by the person to whom it was addressed, United States Treasury checks obtained as a result of the fraudulent representations in the manner described as follows: Check No.: 28663957, Amount: $65,990.85, Mailed to: Christopher Upshaw, 2623 Pinola Avenue, Columbus, Georgia 31907.  All in violation of Title 18, United States Code, Section 1341;

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Upshaw in the amount of four hundred eleven thousand, one hundred twelve dollars, and twenty-one cents ($411,112.21), representing the proceeds traceable to said violation(s) of the fraud scheme;

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a

2

preponderance of the evidence that the United States has demonstrated the required nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of in the amount of four hundred eleven thousand, one hundred twelve dollars, and twenty-one cents ($411,112.21).

2.      The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3.      **Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment**.

4.      As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money. The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this 22nd day of April, 2026.

S/Clay D. Land
_____
CLAY D. LAND,  JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

3